UNITED STATES BANKRTUPCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: | Case No. |
|---|---|
| ARTHUR C BLUE III | 06-30179 |
| Debtor(s) | |

**REPORT OF TRUSTEE UNDER BANKRUPTCY RULE 3011
AND APPLICATION FOR DISCHARGE OF TRUSTEE**

The undersigned Trustee of the above-referenced estate, having filed the Trustee's Final Report and Account herein, and the same having been heretofore approved, hereby reports that all checks issued by the Trustee have been cashed by the bank upon which drawn,

EXCEPT the following checks which have remained uncashed for ninety (90) days after the date of this distribution of the final dividend herein:

| Check # | Name/Address | Amount |
|---|---|---|
|  |  |  |
|  |  |  |

and that as to the money represented by said check(s) the Trustee requests that these funds be accepted for deposit into the Clerk of the Bankruptcy Court's Registry Account in accordance with 11 U.S.C. §347, and,

THE TRUSTEE FURTHER reports that, except for the check attached hereto made payable to the Clerk, United States Bankruptcy Court for deposit to the Registry Account as noted above, all canceled checks and bank statements of the bank accounts used in the administration of this estate have been submitted to the Office of the Bankruptcy Administrator and that the disbursements as evidenced by said documents are in conformity with the disbursements as contained in this Court's Order approving the Trustee's Final Report and Account.
WHEREFORE, the Trustee prays that the Trustee be discharged of the trust and that the bond be canceled.
Dated this 29TH April, 2010.

Stanley M. Campbell, Trustee